James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101
W:\71\71-005\Pleadings\Removal\Removal - Federal Notice.docx


Attorney for Defendant Allied Property and Casualty Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


| | |
|---|---|
| AEILLA LYNN YERBY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY<br>INSURANCE COMPANY,<br><br>                    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |


     **COMES NOW** defendant Allied Property and Casualty Insurance Company (hereinafter

"Allied"), by and through its counsel of record, Powers Tolman Farley, PLLC, and pursuant to

28 U.S.C. §§ 1332, 1441 and 1446, respectfully gives notice that it is removing this lawsuit from

the Fourth Judicial District Court, Ada County, Idaho, to the United States District Court for the

District of Idaho for the following reasons:

1.       On April 8, 2014, plaintiff commenced an action against defendant Allied in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled *AEILLA LYNN YERBY, Plaintiff, vs. ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant*, Case No. CV OC 1406942.

2.       On April 10, 2014, plaintiff served Allied with a copies of her Summons and Complaint and Demand for Jury Trial.  (*See* Affidavit of James S. Thomson, II in Support of Notice of Removal (hereinafter "Thomson Aff.") Ex. A.)   Copies of the Summons and Complaint served on Allied are attached to the State Court Record in Support of Notice of Removal, filed concurrently herewith.  Because this Notice of Removal has been filed within thirty days of service of plaintiff's Complaint on defendant Allied, it is timely under 28 U.S.C. § 1446(b).

3.       This is a civil action of which this Court has original jurisdiction under 28 USC §1332(a) and 28 USC §1441(a).

4.       By the terms of plaintiff's Complaint, plaintiff is a resident, and is believed to be a citizen of, the State of Idaho.

5.       Defendant Allied was, at the time of filing of this action, and still is, a corporation existing under the laws of the state of Iowa, having its principal place of business in the state of Iowa.  (See Thomson Aff. ¶ 3.)

6.       The parties thus have complete diversity.  No removing defendant is a citizen of Idaho pursuant to 28 USC §1441(b).

7.       Upon information and belief, the amount in controversy in this action exceeds the jurisdictional limits of this Court, $75,000.00, exclusive of interest and costs.   Plaintiff's Complaint asserts that plaintiff is insured pursuant to underinsured motorist coverage with Allied subject to a policy limit of $100,000.00. (Complaint ¶ 13.)  Plaintiff has further alleged that she

has received an offer of $24,000.00 to settle her claim against the underinsured motorist; however, her damages allegedly have a monetary value much greater than $24,000.00. (Complaint ¶¶ 14-15.)  Plaintiff further alleges that in addition to Allied's failure to pay the amount justly due plaintiff under her underinsured motorist policy, Allied as breached the covenant of good faith and fair dealing, and that such conduct has caused additional extra-contractual damage to plaintiff.  (Complaint ¶¶ 22-25.)  Plaintiff has previously demanded payment of her underinsured motorist policy limits of $100,000.00.  (Thomson Aff. ¶ 4.)  Thus, although plaintiff's Complaint does not specify a certain dollar amount in controversy in this case, it is apparent the amount in controversy exceeds $75,000.00 considering the limit of plaintiff's underinsured motorist policy and her claim for extra-contractual damages.

8.    Allied is filing a written Notice of Removal of Case from State Court to United States District Court with the clerk of the District Court in and for the County of Ada, pursuant to 28 USC §1446(d).  (Thomson Aff. Ex. B.)

9.    Pursuant to D. Id. L. Civ. R. 81.1, defendant Allied is also filing concurrently herewith a true and correct copy of the Register of Actions sheet for plaintiff's case in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, and the state court record for this case, entitled State Court Record in Support of Notice of Removal.  (Thomson Aff. Ex. C. *See also* State Court Record in Support of Notice of Removal filed concurrently herewith.)

10.    By this Notice of Removal, defendant Allied does not waive any objections or defenses it may have to this action.  Defendant Allied does not intend any admission of fact, law, or liability by this Notice of Removal, and expressly reserves all defenses and motions in response to the Complaint served upon Allied.

**WHEREFORE,** defendant Allied respectfully requests that this action proceed in this Court as a matter properly removed hereto.

DATED this _8TH_ day of May, 2014.

POWERS TOLMAN FARLEY, PLLC

By_____
        James S. Thomson, II – Of the Firm
        Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the ___8TH___ day of May, 2014, the foregoing document was:

_X_ Electronically filed with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

      Sheli Fulcher Koontz                 sfk@law-idaho.com
      LAW-IDAHO PLLC
      802 West Bannock, Suite 101
      Boise, ID 83702
      *Attorney for Plaintiff*

* * * * *

____  Not electronically filed with the U.S. District Court.  A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

Sheli Fulcher Koontz        ____  U.S. Mail, Postage Prepaid
LAW-IDAHO PLLC         _X_  Hand Delivered
802 West Bannock, Suite 101    ____  Overnight Mail
Boise, ID 83702           ____  Telecopy
Fax No. (208) 888-9970
*Attorney for Plaintiff*

James S. Thomson, II

NOTICE OF REMOVAL - 5