James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101
W:\71\71-005\Pleadings\Removal\Removal - JST Aff.docx

Attorney for Defendant Allied Property and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AEILLA LYNN YERBY,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No.<br><br>**AFFIDAVIT OF JAMES S. THOMSON, II, IN SUPPORT OF NOTICE OF REMOVAL** |

STATE OF IDAHO   )
                 : ss.
County of Ada    )

**JAMES S. THOMSON, II**, being first duly sworn on oath, deposes and states as follows:

//

//

AFFIDAVIT OF JAMES S. THOMSON, II, IN SUPPORT OF NOTICE OF REMOVAL - 1

1.  I am an attorney licensed to practice in the State of Idaho and am the attorney of record for defendant Allied Property and Casualty Insurance Company in the above-referenced action. I am familiar with and have personal knowledge of the matters set forth herein.

2.  On April 8, 2014, plaintiff commenced an action against defendant Allied in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled *AEILLA LYNN YERBY, Plaintiff, vs. ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant*, Case No. CV OC 1406942. Allied was served with a copy of the Summons and plaintiff's Complaint and Demand for Jury Trial on April 10, 2014. A true and correct copy of the Notice of Service of Process from Corporation Service Company to Allied, along with the Idaho Department of Insurance Notice regarding service upon Allied, is attached hereto as **Exhibit A**.

3.  Defendant Allied is a corporation existing under the laws of the State of Iowa, and has its principal place of business located in Des Moines, Iowa.

4.  Plaintiff's initial demand for benefits under her underinsured motorist coverage in this case was for payment of the underinsured motorist policy limits of $100,000.00.

5.  Attached hereto as **Exhibit B** is a true and correct copy of defendant Allied's Notice of Removal of Case from State Court to United States District Court, which is being filed with the Clerk of the District Court, in and for the County of Ada, pursuant to 28 U.S.C. § 1446(d).

6.  Attached hereto as **Exhibit C** is a true and correct copy of the Register of Actions sheet for plaintiff's case in the Fourth Judicial District of the State of Idaho, Ada County.

7.  All pleadings and papers on file in the state court action (with the exception of the Affidavit of Service filed on April 11, 2014, a copy of which has been requested but not yet received) are included with the State Court Record in Support of Notice of Removal, filed concurrently herewith.

//

//

FURTHER YOUR AFFIANT SAEYTH NAUGHT.

_____
James S. Thomson, II

SUBSCRIBED AND SWORN to before me this 8th day of May, 2014.



_____
Notary Public for Idaho
Residing at Kuna, ID
My Commission Expires: 5/1/17

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8TH day of May, 2014, the foregoing document was:

X  Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Sheli Fulcher Koontz                sfk@law-idaho.com
LAW-IDAHO PLLC
802 West Bannock, Suite 101
Boise, ID 83702
*Attorney for Plaintiff*

\* \* \* \* \*

____ Not electronically filed with the U.S. District Court. A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

Sheli Fulcher Koontz                ____ U.S. Mail, Postage Prepaid
LAW-IDAHO PLLC                      X    Hand Delivered
802 West Bannock, Suite 101         ____ Overnight Mail
Boise, ID 83702                     ____ Telecopy
Fax No. (208) 888-9970
*Attorney for Plaintiff*

_____
James S. Thomson, II

AFFIDAVIT OF JAMES S. THOMSON, II, IN SUPPORT OF NOTICE OF REMOVAL - 3

EXHIBIT A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

RXT / ALL
Transmittal Number: 12408984
Date Processed: 04/11/2014

| | |
|---|---|
| Primary Contact: | Carrie Ruck M/C 1-30-401<br>Nationwide Insurance<br>One Nationwide Plaza, 1-38-401<br>Columbus, OH 43215 |
| Copy of transmittal only provided to: | Rebecca Lewis |

| | |
|---|---|
| Entity: | Allied Property And Casualty Insurance Company<br>Entity ID Number  0129900 |
| Entity Served: | Allied Property and Casualty Insurance Company |
| Title of Action: | Aeilla lynn Yerby vs. Allied Porperty and Casualty Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Ada County District Court, Idaho |
| Case/Reference No: | CV OC 1406942 |
| Jurisdiction Served: | Idaho |
| Date Served on CSC: | 04/11/2014 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | ID Department of Insurance on 04/10/2014 |
| How Served: | Certified Mail |
| Sender Information: | Sheli Fulcher Koontz<br>208-888-9980 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

State of Idaho
**DEPARTMENT OF INSURANCE**

C.L. "BUTCH" OTTER
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

WILLIAM W. DEAL
Director

**To:** ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY
% CORPORATION SERVICE COMPANY
12550 W. EXPLORER DRIVE
SUITE 100
BOISE ID 83713

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 4/10/2014

**Re:** NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA CASE NO. CV OC 1406942.

**YERBY v ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action, was made upon you by HAND DELIVERY on the TENTH day of APRIL, 2014, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this TENTH day of APRIL, 2014.

/s/ William W. Deal /TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert Num. 7012 3050 0001 2127 0818

EXHIBIT B

James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\71\71-005\Pleadings\Removal\Removal - Notice.docx

Attorney for Defendant Allied Property and Casualty Insurance Company

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| AEILLA LYNN YERBY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. CV OC 1406942<br><br>**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT** |

**COMES NOW** defendant Allied Property and Casualty Insurance Company, by and through its counsel of record, Powers Tolman Farley, PLLC, and hereby gives notice that on the 8TH day of May, 2014, it filed in the United States District Court for the District of Idaho a Notice of Removal, a copy of which is attached as Exhibit 1.

//

//

NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT - 1

DATED this 8TH day of May, 2014.

POWERS TOLMAN FARLEY, PLLC

By _____
James S. Thomson, II – Of the Firm
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8TH day of May, 2014, I caused to be served a true copy of the foregoing **NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT**, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Sheli Fulcher Koontz | ___ U.S. Mail, Postage Prepaid |
| LAW-IDAHO PLLC | _X_ Hand Delivered |
| 802 West Bannock, Suite 101 | ___ Overnight Mail |
| Boise, ID 83702 | ___ Telecopy |
| Fax No. (208) 888-9970 | |
| *Attorney for Plaintiff* | |

_____
James S. Thomson, II

NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT - 2

EXHIBIT 1

James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\71\71-005\Pleadings\Removal\Removal - Federal Notice.docx

Attorney for Defendant Allied Property and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AEILLA LYNN YERBY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** defendant Allied Property and Casualty Insurance Company (hereinafter "Allied"), by and through its counsel of record, Powers Tolman Farley, PLLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, respectfully gives notice that it is removing this lawsuit from the Fourth Judicial District Court, Ada County, Idaho, to the United States District Court for the District of Idaho for the following reasons:

NOTICE OF REMOVAL - 1

1. On April 8, 2014, plaintiff commenced an action against defendant Allied in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled *AEILLA LYNN YERBY, Plaintiff, vs. ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant*, Case No. CV OC 1406942.

2. On April 10, 2014, plaintiff served Allied with a copies of her Summons and Complaint and Demand for Jury Trial. (*See* Affidavit of James S. Thomson, II in Support of Notice of Removal (hereinafter "Thomson Aff.") Ex. A.) Copies of the Summons and Complaint served on Allied are attached to the State Court Record in Support of Notice of Removal, filed concurrently herewith. Because this Notice of Removal has been filed within thirty days of service of plaintiff's Complaint on defendant Allied, it is timely under 28 U.S.C. § 1446(b).

3. This is a civil action of which this Court has original jurisdiction under 28 USC §1332(a) and 28 USC §1441(a).

4. By the terms of plaintiff's Complaint, plaintiff is a resident, and is believed to be a citizen of, the State of Idaho.

5. Defendant Allied was, at the time of filing of this action, and still is, a corporation existing under the laws of the state of Iowa, having its principal place of business in the state of Iowa. (See Thomson Aff. ¶ 3.)

6. The parties thus have complete diversity. No removing defendant is a citizen of Idaho pursuant to 28 USC §1441(b).

7. Upon information and belief, the amount in controversy in this action exceeds the jurisdictional limits of this Court, $75,000.00, exclusive of interest and costs. Plaintiff's Complaint asserts that plaintiff is insured pursuant to underinsured motorist coverage with Allied subject to a policy limit of $100,000.00. (Complaint ¶ 13.) Plaintiff has further alleged that she

NOTICE OF REMOVAL - 2

has received an offer of $24,000.00 to settle her claim against the underinsured motorist; however, her damages allegedly have a monetary value much greater than $24,000.00. (Complaint ¶¶ 14-15.) Plaintiff further alleges that in addition to Allied's failure to pay the amount justly due plaintiff under her underinsured motorist policy, Allied as breached the covenant of good faith and fair dealing, and that such conduct has caused additional extra-contractual damage to plaintiff. (Complaint ¶¶ 22-25.) Plaintiff has previously demanded payment of her underinsured motorist policy limits of $100,000.00. (Thomson Aff. ¶ 4.) Thus, although plaintiff's Complaint does not specify a certain dollar amount in controversy in this case, it is apparent the amount in controversy exceeds $75,000.00 considering the limit of plaintiff's underinsured motorist policy and her claim for extra-contractual damages.

8. Allied is filing a written Notice of Removal of Case from State Court to United States District Court with the clerk of the District Court in and for the County of Ada, pursuant to 28 USC §1446(d). (Thomson Aff. Ex. B.)

9. Pursuant to D. Id. L. Civ. R. 81.1, defendant Allied is also filing concurrently herewith a true and correct copy of the Register of Actions sheet for plaintiff's case in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, and the state court record for this case, entitled State Court Record in Support of Notice of Removal. (Thomson Aff. Ex. C. *See also* State Court Record in Support of Notice of Removal filed concurrently herewith.)

10. By this Notice of Removal, defendant Allied does not waive any objections or defenses it may have to this action. Defendant Allied does not intend any admission of fact, law, or liability by this Notice of Removal, and expressly reserves all defenses and motions in response to the Complaint served upon Allied.

**WHEREFORE**, defendant Allied respectfully requests that this action proceed in this Court as a matter properly removed hereto.

NOTICE OF REMOVAL - 3

DATED this 8TH day of May, 2014.

        POWERS TOLMAN FARLEY, PLLC

        By_____
        James S. Thomson, II – Of the Firm
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8TH day of May, 2014, the foregoing document was:

**X** Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Sheli Fulcher Koontz  
LAW-IDAHO PLLC  
802 West Bannock, Suite 101  
Boise, ID 83702  
*Attorney for Plaintiff*

sfk@law-idaho.com

\* \* \* \* \*

____ Not electronically filed with the U.S. District Court. A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

Sheli Fulcher Koontz  
LAW-IDAHO PLLC  
802 West Bannock, Suite 101  
Boise, ID 83702  
Fax No. (208) 888-9970  
*Attorney for Plaintiff*

____ U.S. Mail, Postage Prepaid  
**X** Hand Delivered  
____ Overnight Mail  
____ Telecopy

/s/ James S. Thomson, II

NOTICE OF REMOVAL - 5

EXHIBIT C

## Case Number Result Page

**Ada**

**1 Cases Found.**

| | |
|---|---|
| **Aeilla Lynn Yerby vs. Allied Property And Casualty Insurance Company** | |
| Case: **CV-OC-2014-06942** District Filed: **04/08/2014** Subtype: **Other Claims** Judge: **Deborah Bail** Status: **Pending** | |
| Defendants: **Allied Property And Casualty Insurance Company** | |
| Plaintiffs: **Yerby, Aeilla Lynn** | |
| Register Date of actions: | |
| 04/08/2014 | New Case Filed - Other Claims |
| 04/08/2014 | Complaint Filed |
| 04/08/2014 | Summons Filed |
| 04/11/2014 | Affidavit Of Service 4.10.14 |
| 04/30/2014 | Answer To Plaintiff's Complaint (Thomson for Allied Property & Casualty Insurance Co) |

*Connection: Public*