IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AEILLA LYNN YERBY,<br><br>                Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | Case No. 1:14-cv-00179-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having come before the Court upon the Stipulation for Dismissal with Prejudice between plaintiff Aeilla Lynn Yerby and defendant Allied Property and Casualty Insurance Company, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's cause of action is **DISMISSED**, with prejudice, and without costs or attorney fees awarded to either of the parties.

DATED: July 24, 2014

_____
Edward J. Lodge
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1